```
DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
estallard@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendant
WORLD TRAVELER COFFEE ROASTERS LLC
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>WORLD TRAVELER COFFEE ROASTERS LLC, a California Limited Liability Company,<br><br>    Defendant. | Case No. 2:22-cv-00196-WBS-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [THIRD REQUEST]**<br><br>**[LOCAL RULE 144]** |

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, Defendant WORLD TRAVELER COFFEE ROASTERS LLC ("Defendant"), by and through its counsel, Elizabeth B. Stallard of Downey Brand, LLP, and Plaintiff BRIAN WHITAKER ("Plaintiff"), by and through his counsel, Amanda Seabock of Center for Disability Access, stipulate and agree as follows:

The current deadline for Defendant to respond to the Complaint filed by Plaintiff is April 15, 2022. The parties agree to further extend the date by 14 days, to April 29, 2022. This is the third extension obtained for Defendant's response to

the Complaint filed by Plaintiff.

Good cause exists for the extension because the parties are continuing to engage in good faith settlement discussions. This additional extension will allow the parties to focus on potential resolution of this matter, instead of on litigation.

SO STIPULATED.

DATED: April 15, 2022            CENTER FOR DISABILITY ACCESS

By: /s/ *Amanda Seabock* [as authorized on 4/15/2022]
AMANDA SEABOCK
PRATHIMA PRICE
DENNIS PRICE
Attorneys for Plaintiff
BRIAN WHITAKER

DATED: April 15, 2022            DOWNEY BRAND LLP

By: /s/ *Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorneys for Defendant
WORLD TRAVELER COFFEE ROASTERS LLC

**ORDER**

After full consideration of the matter, and given the Stipulation of the parties, this Court finds as follows:

The deadline for Defendant World Traveler Coffee Roaster LLC to respond to Plaintiff's Complaint is extended up to and including April 29, 2022.

Dated: April 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1803129v1                           2
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [THIRD REQUEST]