UNITED STATES DISTRICT COURT
EASTERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER | ) Case No.: 2:22-cv-00196-WBS-AC |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| WORLD TRAVELER COFFEE ROASTERS LLC, a California Limited Liability Company | ) |
| Defendants. | ) |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days, and no later than **June 27, 2022**, or a joint status report if settlement has not been finalized by that date. The Scheduling Conference is reset for **August 15, 2022 at 1:30 p.m.**

**IT IS SO ORDERED.**

**Dated:  April 27, 2022**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order             -1-                    2:22-cv-00196-WBS-AC